RICHARD K. GROSBOLL, State Bar No. 99729
BENJAMIN K. LUNCH, State Bar No. 246015
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: blunch@neyhartlaw.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| HOD CARRIERS LOCAL UNION 166; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JAMES ISLAND PLASTERING, INC., et al. <br><br> Defendants. | Case No.   C-09-1233 WHA <br><br> [proposed] ORDER RE: DISMISSAL <br><br><br> Location:   450 Golden Gate Ave <br>            San Francisco, CA 94102 <br> Judge:  Hon. William H. Alsup |

Pursuant to the Stipulation of the parties, and good cause there appearing, the action is dismissed with prejudice. **THE CLERK SHALL CLOSE THE FILE.**

IT IS SO ORDERED.

Dated: December 10, 2009.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

*[Stamp: IT IS SO ORDERED / Judge William Alsup / United States District Court, Northern District of California]*

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-1-

**[proposed] ORDER RE: DISMISSAL**
**Case No. C-09-1233 WHA**